# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY STADEN

NO. 2020 KW 0838

**DECEMBER 07, 2020**

---

In Re:    Jeffery Staden, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-10-0403.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT